IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION
No. 5:23-CV-00685-BO-KS

| | |
|---|---|
| CEBRENA PARKS, o/b/o M.L.G., a minor,<br><br>Plaintiff,<br><br>v.<br><br>MARTIN O'MALLEY, Commissioner of Social Security,<br><br>Defendant. | ORDER |

Upon consideration of Defendant's Uncontested Motion to Appear Remotely for the hearing scheduled for 11:00 a.m. on September 30, 2024, it is hereby ORDERED that the Motion is GRANTED.

SO ORDERED this **27** day of September, 2024.

Terrence W. Boyle
United States District Judge