UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION

| | |
|---|---|
| CEBRENA PARKS, *o/b/o M.L.G, a minor,* ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | **JUDGMENT** |
| ) | |
| MARTIN O'MALLEY, ) | 5:23-CV-685-BO-KS |
| Commissioner of Social Security, ) | |
| ) | |
| Defendant. ) | |
| ) | |

Decision by Court.

**IT IS ORDERED, ADJUDGED AND DECREED** that the decision of the Commissioner is REVERSED. The Commissioner's motion to remand [DE 15] is DENIED. This matter is REMANDED for an award of benefits.

**This case is closed.**

**This judgment filed and entered on October 3, 2024, and served on:**
Jonathan Blair Biser (via CM/ECF NEF)
Wanda Mason (via CM/ECF NEF)
Kenneth Burden (via CM/ECF NEF)
Samantha Zeiler (via CM/ECF NEF)

PETER A. MOORE, JR., CLERK

October 3, 2024

 /s/ Lindsay Stouch
By: Deputy Clerk